# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**DAVIS DON CARPENTER**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #120443**

v.　　　　　　　Case No: 5:19-cv-00169 KGB-PSH

**MARQUIS HOOD**　　　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 51). No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

It has been more than 90 days since the Suggestion of Death was filed, and no motion to substitute a party for plaintiff Davis Don Carpenter has been filed. It is therefore ordered that this case be dismissed without prejudice.

So ordered this 28th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge