IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVIS DON CARPENTER                                                                    PLAINTIFF
ADC #120443

v.                      Case No: 5:19-cv-00169 KGB-PSH

MARQUIS HOOD                                                                           DEFENDANT

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Davis Don Carpenter's complaint is dismissed without prejudice.

It is so adjudged this 28th day of June, 2021.

_____
Kristine G. Baker
United States District Judge